# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Margolis, Joan G. | District of Connecticut | 04/19/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

141 Church Street, Room 303
New Haven, Connecticut 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Philanthropic Funds |
| 2. | Member, Board of Directors | Local Synagogue |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Margolis, Joan G. | 04/19/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Husband, Self-Employed Attorney, New Haven, Connecticut |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Margolis, Joan G. | 04/19/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J.P. Morgan Chase Bank, New Haven, CT, Bank Accts. & IRA Ban | A | Interest | M | T | | | | | |
| 2. First Niagara Bank (New Alliance), New Haven, Bank Accounts | B | Interest | L | T | | | | | |
| 3. State of Israel, Bonds | A | Interest | J | T | Redeemed (part) | 4/1/11 | J | A | |
| 4. State of Israel, Bond | A | Interest | J | T | Redeemed (part) | 4/15/11 | J | A | |
| 5. Connecticut Light & Power Co., Preferred Stock | A | Dividend | J | T | | | | | |
| 6. United Illuminating Co., Common Stock | C | Dividend | K | T | | | | | |
| 7. International Business Machines, Stock | A | Dividend | J | T | | | | | |
| 8. Puerto Rico Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 9. 132 Temple Street Assoc., Inc., Mortgage | D | Interest | M | U | | | | | |
| 10. Western Asset High Inc. Opp. Fund (fka High Inc. Opp. Fund) | A | Interest | | | Sold | 6/29/11 | J | A | |
| 11. J.P. Morgan Fund (formerly Chase Vista Trust) | B | Interest | K | T | | | | | |
| 12. Columbia Seligman Henderson Glob. Tech. Fund (fka Seligman) | A | Dividend | K | T | | | | | |
| 13. Microsoft Corp., Stock | B | Dividend | L | T | | | | | |
| 14. Fundamental Investors, Inc. | B | Dividend | K | T | Sold (part) | 11/2/11 | K | A | |
| 15. Growth Fund of Ameriica, Inc. | A | Dividend | L | T | | | | | |
| 16. Capital World Growth & Income Fund | B | Dividend | L | T | | | | | |
| 17. Small Cap World Fund, Inc. | A | Dividend | L | T | Sold (part) | 11/2/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Margolis, Joan G. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New World Fund | A | Dividend | K | T | | | | | |
| 19. Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 20. New Economy Fund SBI | A | Dividend | K | T | Buy | 11/2/11 | K | | |
| 21. American Mutual Funds, Inc. | A | Dividend | K | T | Buy | 11/2/11 | K | | |
| 22. Columbia Seligman Comm. & Info. (fka Seligman Comm.), Stock | A | Dividend | K | T | Donated (part) | | | | |
| 23. Kellogg Co., Stock | A | Dividend | J | T | | | | | |
| 24. Xcel Energy, Stock | A | Dividend | J | T | | | | | |
| 25. J.P. Morgan Chase Corp., Stock | A | Dividend | J | T | | | | | |
| 26. Cisco Systems Inc., Stock | A | Dividend | K | T | Buy (add'l) | 7/5/11 | J | | |
| 27. Pfizer, Inc., Stock | A | Dividend | J | T | | | | | |
| 28. Nippon Telegraph & Telephone Co., Stock | A | Dividend | J | T | | | | | |
| 29. Amgen, Inc., Stock | A | Dividend | J | T | | | | | |
| 30. Qualcomm, Inc., Stock | A | Dividend | J | T | | | | | |
| 31. Proctor & Gamble Co., Stock | A | Dividend | K | T | | | | | |
| 32. Ford Motor Co., Stock | A | Dividend | | | Redeemed | 3/5/11 | K | A | |
| 33. Home Depot, Stock | A | Dividend | K | T | | | | | |
| 34. Dell Computer Corp., Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Margolis, Joan G. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Bank, NA (fka Centennial Money Market Fund) | A | Interest | K | T | Buy (add'l) | 3/1/11 | L | | |
| 36. General Electric, Stock | A | Dividend | K | T | | | | | |
| 37. AXA Equitable Fund | B | Interest | K | T | | | | | |
| 38. Pub. Svc. Enter. Gr., Inc. (fka PSEG), Stock | A | Dividend | J | T | Buy | 12/8/11 | J | | |
| 39. Conn. State Higher Ed. Supp. LN Authority | A | Interest | K | T | Redeemed (part) | 11/15/11 | J | A | |
| 40. Johnson & Johnson, Inc., Stock | B | Dividend | K | T | | | | | |
| 41. First Niagara Financial Group, LLC (fka New Alliance), Stock | D | Dividend | M | T | Sold (part) | 7/27/11 | K | A | |
| 42. First Niagara Financial Group, LLC (fka New Alliance), Stock | D | Dividend | M | T | Buy (add'l) | 12/7/11 | J | | |
| 43. State Bancorp Inc. New York, Stock | A | Dividend | | | Sold | 7/27/11 | J | A | |
| 44. Verizon Communications, Stock | A | Dividend | J | T | | | | | |
| 45. Connecticut Housing Finance Authority, Bonds | A | Interest | | | Redeemed | 8/15/11 | J | A | |
| 46. Dow Chemical Co., Stock | A | Dividend | J | T | | | | | |
| 47. Prime Money Market Fund (fka Tamarack Investment FDS Prime) | A | Interest | J | T | | | | | |
| 48. Bristol Myer Squibb Co., Stock | A | Dividend | J | T | | | | | |
| 49. Intel Corp., Stock | A | Dividend | J | T | | | | | |
| 50. Conn. St. GO CAB's Colleges SWD Plan, Bonds | A | Interest | L | T | Redeemed (part) | 5/16/11 | K | A | |
| 51. Archer Daniels Midland Co., Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Margolis, Joan G. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Milestone Scientific, Inc., Stock | A | Dividend | K | T | | | | | |
| 53. Hamden, CT, Property (p'ship now LLC) | D | Rent | M | W | | | | | |
| 54. Merck & Co., Inc., Stock | A | Dividend | K | T | | | | | |
| 55. Conn ST SPL Tax Obligation R Spl, Bond | C | Interest | L | T | Buy (add'l) | 7/5/11 | J | | |
| 56. McDonald's, Stock | A | Dividend | K | T | | | | | |
| 57. Shanghai OLED New Haven, LLC, Stock | A | Dividend | K | T | | | | | |
| 58. J.M. Smucker & Co., Stock | A | Dividend | J | T | | | | | |
| 59. Bright Directions College Savings Program | A | Interest | K | T | | | | | |
| 60. Royal Dutch Shell, PLC | A | Dividend | J | T | Buy | 5/20/11 | J | | |
| 61. Statoil ASA | A | Dividend | J | T | Buy | 7/5/11 | J | | |
| 62. Thompson Reuter Corp. | A | Dividend | J | T | Buy | 7/5/11 | J | | |
| 63. Vodafone Group PLC | A | Dividend | J | T | Buy | 7/5/11 | J | | |
| 64. Illinois Tool Works Inc. | A | Dividend | J | T | Buy | 7/5/11 | J | | |
| 65. Petroleo Brasiliero Spon ADR Petrobras | A | Dividend | J | T | Buy | 7/5/11 | J | | |
| 66. East Hartford CT RFDG | A | Dividend | J | T | Buy | 7/5/11 | J | | |
| 67. East Hartford CT RFDG | A | Dividend | | | Sold | 7/13/11 | J | A | |
| 68. New Britain CT G/O B\E | A | Dividend | J | T | Buy | 7/5/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Margolis, Joan G. | 04/19/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New Britain CT C/O B\E | A | Dividend | | | Sold | 7/13/11 | J | A | |
| 70. Connecticut St. Sev C G/O | A | Dividend | K | T | Buy | 7/13/11 | J | | |
| 71. Enduro Royalty Trust | B | Dividend | K | T | Buy | 11/3/11 | K | | |
| 72. Enterprise Prodcuts Partners, LP | A | Dividend | J | T | Buy | 12/8/11 | J | | |
| 73. Manning & Napier FDNCW Pro Blend Extended Term Serv. Class A | A | Dividend | K | T | Buy | 6/30/11 | K | | |
| 74. Promissory Note | A | Distribution | K | T | Open | 8/5/11 | K | | JBB, LLC |
| 75. Connecticut General Obligation Capital Appreciation Bond | A | Dividend | K | T | Buy | 5/16/96 | K | | |
| 76. Connecticut General Obligation Capital Appreciation Bond | A | Dividend | | | Sold | 4/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Upon the death of several elderly relatives, I became the Trustee of philanthropic funds established by my relatives with a local charity. My role with respect to these philanthropic funds is quite limited. As Trustee, my sole responsibility is to make recommendations for distributions to other charities, which recommendations can be followed or ignored by the charitable foundation which administers the funds. This charitable foundation manages millions of dollars of charitable funds (akin to a little version of the United Way), of which my relatives' philathropic funds are just a small part. I have no knowledge of, or responsibility for, any assets held by this fund; all these decisions are vested solely in the discretion of the charitable foundation. I explained this in a letter to CFD, dated July 30, 2004.

In line 2, New Alliance Bank was acquired by First Niagara Bank in mid-April 2011.

In lines 3-4, State of Israel Bonds appears twice, because there were two partial redemptions this year, on 4/1/11 and again on 4/15/11.

In lines 41-42, in mid-April 2011, our stock in New Alliance Bank was replaced by stock in First Niagara Financial Group, LLC; two transactions are reflected, a partial sale on 7/27/11 and an additional purchase on 12/7/11.

In line 53, the small promissory note with respect to the Hamden, CT Property was paid during 2011, so that the asset is now only the property owned throug an LLC membership interest.

Lines 66-69 reflect two purchases on 7/5/11 of municipal bonds issued by the Cities of East Hartford, CT and New Britain, CT, made by our stock broker without my permission. As soon as I learned of these purchases, we instructed the stock broker to sell the bonds, at a small loss, eight days later, on 7/13/11.

During the spring of 2011, we discovered a tax exempt bond in one of our drawers, which had been purchased on 5/6/1996 and which had matured on 6/3/08; this bond was sold on 4/28/11. These transactions are reflected in lines 75-76.

Thank you.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan G. Margolis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544